McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States Marshals Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY G. ANDERSON,<br><br>            Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC., UNITED STATES MARSHALS SERVICE,<br><br>            Defendant(s). | 2:07-cv-01205-MCE-GGH<br><br>**STIPULATION RE: THE UNITED STATES MARSHALS SERVICE'S FILING OF REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; ORDER** |

   The parties to the above action, by and through their respective undersigned counsel, hereby stipulate that Defendant United States Marshals Service's reply papers regarding its pending Motion to Dismiss, set for hearing on Friday, September 28, 2007, can be deemed timely filed on Monday, September 24, 2007.

   This stipulation is based on good cause.  Litigation counsel for the United States Marshals Service recently inherited a case from a colleague that is set for trial in Courtroom 4 of the Eastern District's United States Courthouse in Fresno, California on Friday, September 14, 2007.  That trial is expected to continue through approximately Wednesday, September 19, 2007.

///

1

1  Counsel for the United States therefore anticipates needing the
2  weekend of September 22, 2007 by which to properly prepare any
3  necessary reply papers.  Counsel for the United States Marshals
4  Service appreciates the courtesy of counsel for both plaintiff and
5  defendant AKAL Security, Inc. with respect to this matter.

```
                                    GORDON AND REES LLP

                                    (As authorized 8/31/07)

DATED: August 31, 2007              By:   /s/Joshua B. Wagner
                                       Joshua B. Wagner
                                       Attorneys for Defendant
                                       AKAL Security, Inc.


                                    LAW OFFICES OF LOU DEMAS

                                    (As authorized 8/29/07)

DATED: August 29, 2007              By:  /s/Louis Demas
                                       Louis Demas
                                       Attorneys for Plaintiff
                                       Rodney Gene Anderson


                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: August 29, 2007              By:  /s/ Brian W. Enos
                                       Brian W. Enos
                                       Assistant U.S. Attorney
                                       Attorneys for Defendant
                                       United States Marshals
                                       Service
```

**ORDER**

IT IS SO ORDERED.

Dated: September 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE