McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States Marshals Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY G. ANDERSON, ) | 2:07-cv-01205 MCE GGH |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR** |
| ) | **DISCLOSURE OF EXPERT WITNESSES** |
| v. ) | **AND FILING OF DISPOSITIVE** |
| ) | **MOTIONS; ORDER RE SAME** |
| AKAL SECURITY, INC., UNITED ) | |
| STATES MARSHALS SERVICE, ) | |
| ) | |
| Defendant(s). ) | |

Plaintiff Rodney Anderson and defendants AKAL Security, Inc. and the United States Marshals Service ("the parties") stipulate, by and through the undersigned counsel, to briefly extending this action's expert disclosure and dispositive motion filing deadlines as specified below and respectfully request that the Court so approve.

The parties base their stipulation on good cause.  All parties have filed dispositive motions that the Court took under submission, without argument, by way of minute order on April 3, 2008. (Doc. 61).[1]  Each of these motions await the Court's ruling.

---

[1] These motions specifically include: (1) plaintiff's motion for partial summary judgment, filed on January 8, 2008 (Doc. 35); (2) defendant AKAL's motion for summary judgment, filed on January 25, 2008 (Doc. 42), and (3) defendant United States Marshals Service's motion to dismiss, filed on February 19, 2008 (Doc. 52).

1

As set forth in the Court's Scheduling Order dated December 14, 2007 (Doc. 33), expert witnesses must be designated by June 11, 2008 and dispositive motions must be electronically filed no later than July 11, 2008, or thirty-one days prior to an August 11, 2008 hearing deadline.  With these deadlines fast approaching, and in light of the parties' mutual desire to avoid spending unnecessary time and expenses relevant to satisfying these two deadlines while potentially dispositive rulings on the above motions remain pending, the parties stipulate to continuing each of them forty-five days as set forth below.  Based on the above stated good cause, the parties request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Disclosure | June 11, 2008 | **July 25, 2008** |
| Dispositive Motion Filing Deadline | July 10, 2008 | **August 25, 2008** |

Respectfully submitted,

GORDON AND REES LLP

Dated: May 23, 2008     By:  (As authorized 5/23/08)
                              /s/Lisa Garner
                              Lisa Garner
                              Attorneys for Defendant
                              AKAL Security, Inc.

LAW OFFICES OF LOU DEMAS

DATED: May 23, 2008     By:  (As authorized 5/23/08)
                              /s/Louis Demas
                              Louis Demas
                              Attorneys for Plaintiff
                              Rodney Gene Anderson

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: May 23, 2008         By:  /s/ Brian W. Enos
                                    Brian W. Enos
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    United States Marshals
                                    Service
```

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3